**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-1353**

———————————

KINGSLEY ANYANWUTAKU,

Plaintiff - Appellant,

versus

FLEET MORTGAGE GROUP, INCORPORATED; HOUSEHOLD
MORTGAGE SERVICES; SHAPIRO & BURSON; JOHN S.
BURSON; WILLIAM M. SAVAGE; RON BROWN,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Williams, Jr., District Judge.
(CR-99-1104-AW)

———————————

Submitted:  August 24, 2000          Decided:  August 28, 2000

———————————

Before MICHAEL and MOTZ, Circuit Judges,  and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kingsley Anyanwutaku, Appellant Pro Se.  Santiago Ricardo Narvaiz,
LAW OFFICES OF S. RICARDO NARVAIZ, Fairfax, Virginia; Peter Henrik
Gunst, ASTRACHAN, GUNST, GOLDMAN & THOMAS, Baltimore, Maryland, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kingsley Anyanwutaku appeals the district court's order granting summary judgment to Defendants in his suit challenging a foreclosure. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Anyanwutaku v. Fleet Mortgage Group, No. CA-99-1104-AW (D. Md. Feb. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED